

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

# MEMO ENDORSED

July 6, 2020

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/6/2020
```

**BY ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:  *United States* v. *Luis Sanchez, 04 Cr. 36 (VEC)*

Dear Judge Caproni:

      The Government respectfully requests an extension of time from July 8, 2020, to August 8, 2020, within which to file its response to *pro se* defendant Luis Sanchez's motion under Federal Rule of Criminal Procedure 25 and Title 18, United States Code, Section 3585 for calculation of his term of imprisonment.  (Dkt. 272).  On June 10, 2020, the Court ordered the Government to respond to the defendant's motion by July 8, 2020.  (Dkt. 274).  An extension through August 8, 2020 will provide the Government with the ability to fully respond to the issues raised by the defendant.  The Government has not previously sought an extension of the time to respond.

      The foregoing document has been mailed to the defendant via Certified United States Postal Service Mail at the following address:  Luis Sanchez, Reg. No. 56930-054, USP Beaumont, U.S. Penitentiary, P.O. Box 26030, Beaumont, TX 77720.

      Respectfully submitted,

      AUDREY STRAUSS
      Acting United States Attorney

By:  /s/ Brandon D. Harper_____
     Brandon D. Harper
     Assistant United States Attorney
     (212) 637-2209

cc: Luis Sanchez (via US Mail)

---

Application GRANTED.  The Government must respond no later than **August 8, 2020**.  Mr. Sanchez may reply no later than four weeks from receipt of the Government's response.  A copy of this Order has been mailed to Mr. Sanchez by chambers.

SO ORDERED.

*Valerie Caproni*  7/6/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE