**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___10/5/21___

LUIS Sanchez.
# 56930-054
P.O. Box 26035
Beaumont, TX. 77720

Sept. 24, 2021

Clerk of Court.
U.S. District Court.
500 Pearl St. Rm. 120          IN Ref: 04-CR.36 (VEC)
New York, NY 10007-1312

Dear Clerk,

Please find enclosed a motion I would like
to file with the Court. Thank-you for your time
and assistance.

Best Regards,



UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK.

LUIS SANCHEZ,
          Defendant.                    CASE NO: 04-CR-36 (VEC

     - VS -

UNITED STATES OF AMERICA,
          Plaintiff.

---

DEFENDANTS Motion FOR ENLARGEMENT OF TIME TO
Reply TO GOVERMENT's RESPONSE TO DEFENDANT's Motion
FOR REDUCTION OF SENTENCE AND RENEWED Motion FOR
Appointment OF Counsel

---

Before the Court is a Motion filed Pursuant to 18 U.S.C.
§ 3582 (c). (See Court's order date 9/2/21)[1] by Mr. Luis Sanchez,
the "Defendant" with the assistance of an inmate Paralegal.[2]
Defendant Comes here and respectfully Moves the Court to enlarge
the time for him to reply to the government's response for
Good Cause. Furthermore, Defendant incorporates a renewed Motion
for appointment of Counsel with illustrations, also with the

---

[1] The Court Construed the Motion as being filed pursuant to
18 U.S.C. § 3582.

[2] Defendant apologizes to the Court for the handwritten pleading
However, due to COVID-19 restrictions it is the best he
can produce and thus, begs the Court's indulgence.

the assistance of an inmate Paralegal. [see Attached B].

## Relevant History

Defendant filed a motion inregaurd to the Calculation of
his Jail Credit. The Court in an order dated 9/2/2021 Construed
the motion for Compassionate release. Furthermore, the Court
Ordered that the government is to respond not later than
October 1, 2021, and provided Defendant leave to reply to
the Governments response no later than October 22, 2021.
Subsequently to the filing of that Motion, Defendant's
sister meet with an untimely death inconsequent leaving
to small Children with out an adequate care giver. Defendant
filed a supplement to his motion asking the Court to
include this in its Consideration of the Motion for
Compassionate release. Moreover, Defendant filed a
Motion for appointment of Counsel to assist him to
Obtain and present proper documentation of the sad
event. Finally, Defendant Comes here to ask for
an enlargement of time to reply to the Government's
response out of an abundance of Caution. Furthermore,
incorporates a renewed motion for appointment of Counsel
with illustrations [Attached A] to support appointing Counsel.

-2-

## Good Cause For Enlargement Of Time To Reply

Defendant is housed at USP Beaumont. Recently, USP Beaumont suffered an outbreak of Covid-19 in the unit Defendant is housed in resulting in all inmates being quarantined to their Cells. As a result, Defendant has no access to the Law Library or Legal assistance. Thus, through the inmate paralegal, out of an abundance of Caution, Moves the Court for an enlargement of time to reply to the government's response.[3] Furthermore, Defendant incorporates a renewed motion for appointment of Counsel with Supplementation.

---

[3] Defendant will make ever Effort to Meet the initial deadline, but seeks this relief out of an abundance of Caution.

## Renewed Discussion For Appointment of Counsel

The Court Should appoint Defendant Counsel in the interest
of Justice. Although Defendant is being assisted by an
inmate who has limited training in the Legal field at
best, such assistance is Severely restricted, even moreso
by the recent outbreak of Covid-19, thus, Defendant
needs assistance of Counsel with the enlarged resources
and access to records to assist the Court in regard
to the recent death of Defendant's sister that
was critical to the future of two small Childern.

Turning to the renewed motion for appointment of Counsel.
Beyond the Good Cause discussed above is the fact two
small Childern desperately need the assistance of the
defendant. However, he is currently Confined to his Cell, Wondering
and Worrying about his future and most importantly
Wondering and Worrying about the future and Well being
of those two Childern. The paralegal assisting Defendant
has been advocating to the prisoners to take advantage
of the programs and incentives to get home to the
ones that "really matter". Said paralegal, himself was

a Career Criminal filled with the blame game, full of resentment and distrust of the Legal system. However, he had a beautiful grandson brought into his life. Thus, he attempted to educate himself and through that education grew understanding, understanding of what a true liability he actually was on society. For instance, he would not want someone saling or offering his grandchild drugs, therefore, how can he be resentful toward Congress and Society for protecting their children and loved ones from the same through Criminal laws. The answer, he could not. In otherwords, the introduction of that grandchild and responsibility went along way to the maturing of the paralegal. Through the acceptance and understanding of the liability drugs are to society, he began to advocate for education and programing. (see attached A).

Most importantly, here your honor, there are two small children who need their uncle desperately. Perhaps that added responsibility will assist Defendant to come to the same realization the assisting paralegal did. Defendant cannot obtain and provide the court the

Documents needed to provide the Court with a Complete and authenticate understanding of the situation. Therefore, appointment of Counsel is needed to meet Justice. Justice here is not to deny those Children the support of thier uncle without a Comprehensive and Complete review of the facts. As this Cantry, Struggles to abandon Mass incaravation of those with Substance abuse issues and to restore the integrity of our Criminal Justica System. We must romeber the ones that really Matter. Because as they grow and teach their Children it will be that process that ultimately restores the trust and integrity of the Criminal Justica system. As attached C demonstrates, Defendant is actually trying, and those Children need him. It may be the Case, once all the facts are in the Cout determines, Defendent would do more harm than good, it is Not a decision for the paralegal, but the Court. He Can only atest to the fact education and responsibility brings maturity and understanding. In other words, give the Children a fair Chance and

take the simply and small step of providing Counsel.
Such a small step goes far to restoring the integrity
of the Criminal Justice System. Accordingly, this
Court should appoint Counsel in the interest of
Justice.

Respectfully Submitted on 9/25/2021

LUIS SANCHEZ
# 56930-054
USP Beaumont.
P.O. Box 26030
Beaumont, TX. 77720

Motion DISMISSED as moot in light of
the Court's appointment of counsel for
Mr. Sanchez at Docket 291. The Clerk
of Court is respectfully directed to mail
a copy of this endorsement and the
order at Docket 291 to Mr. Sanchez and
to note the mailing on the docket.
SO ORDERED.

10/5/21

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

# Certificate of Service

I, LUIS SANCHEZ hereby certify that I have served a true and correct copy of the following:

Motion For Enlargement of Time to respond and renewed Motion For Appointment of Counsel.

which is deemed filed at the time it was delivered to prison authorities for forwarding [Houston v. Lack 101 L.Ed.2d 245 (1988)] upon the defendant(s) and or his/her attorney(s) of record by placing same in a sealed, postage prepaid envelope addressed to :

John Jay O'Donell, Jr.
U.S. Atty's office SDNY.
One st. Andrews Plaza.
New York, Ny. 10007

and by depositing same in the United States Mail at the United State Penitentiary, Beaumont on this 25 day of Sept 2021

LUIS Sanchez
(Name)

P.O. Box 26030
(Address)

Beaumont, TX. 77720
(City, State, Zip)

# ATTACHMENT



# They
# AS SAY A PICTURE IS WORTH A THOUSAND WORDS
# WHAT"S REALLY IMPORTANT

*Breaking News: That dude on TV with the Funny Hair Cut I think his Name is Stump is gonna let my grandpa come home earlier from prison if he will Program. (I am not sure what program means) but Momma said it was like learning your ABC'S. ☺ I don't know much about My grandpa because he has been in prison since way before I was born, but I do know he is tired of being in prison and he is definitely not stupid, and most of all he loves me very very much. I know my grandpa is gonna Spend as much time learning his ABC's as he can. Shucks! I am gonna get Momma to call old Stump and tell him if he will let my PA PA come home sooner. I will learn my ABC's too. So have you got anybody you love enough to learn your ABC's ???  I hope so. Well gotta go...gotta get me and grandpa some fishing poles cause he is coming home sooner than expected!!!  See you later. Maybe if you learn yours you Come too and bring the ones that REALLY MATTER!!!!*

Judge Caproni,

I respectfully ask you to Consider what results the small step of appointing Counsel here would have on restoring the intergrity of our Justice System. Would the intergrity benifit from those two childern Knowing this Court provided means to fully Consider whether to place those Childern's uncle back into their lives. Frankly, in my humble opinion, it would go a long Way, because the ones that really matter will ultimately decide that intergrity.   Thank-you



# ATTACHMENT





**Ashworth**
HIGH SCHOOL · COLLEGE · CAREER

September 27, 2018

179

AC1502334
Ricky Denton #51419-179
~~USP Pollack~~
~~PO Box 1000~~
~~Air Base Rd~~
~~Pollack, LA~~ 71467

Service Address!

Ricky Denton
# 51419-179
USP Beavmont
P.O. Box 26030
Beavmont, TX. 77720

To Whom It May Concern:

The above named student enrolled in the Paralegal Studies Associate Degree Program on March 26, 2015. The student completed all coursework requirements as of January 17, 2017. The Associate Degree programs consist of 60 semester credit hours. There are four semesters with five courses in each semester. Each course constitutes three semester hours of credit. Students are required to complete a semester exam at the end of each semester and 20 courses to meet the requirements for graduation. This student's diploma will be issued within 30 days of the tuition being paid in full.

The Associate Degree programs at Ashworth College are accredited by the Accrediting Commission of the Distance Education Accrediting Commission (DEAC) in Washington, D.C. The DEAC is listed by the U.S. Department of Education as a nationally recognized accrediting agency. Ashworth College also meets the accreditation requirements of the Georgia Nonpublic Postsecondary Education Commission. If you need further information please contact the school at 1-800-224-7234.

Sincerely,

Karen Dugans

Karen Dugans
Education Specialist
ces

eleven

**Grade Report**

**Student Name:** Ricky Denton #51419-179
**Graduated:** Not Graduated
**Cumulative GPA:** 2.85

**Student #:** AC1502334
**School:** Ashworth College
**Degree Type:** Associate of Applied Science

| Course ID | Course Title | Completed | Status | Grade |
|---|---|---|---|---|
| C01 | Introduction to Business | 04/29/2015 | Pass | 90 |
| C02 | Business English | 07/15/2015 | Pass | 77 |
| C12 | Business Law | 06/23/2015 | Pass | 94 |
| P01 | Introduction to Paralegalism I | 07/17/2015 | Pass | 93 |
| A01 | Introduction to Accounting | 01/17/2019 | Pass | 86 |
| P02 | Introduction to Paralegalism II | 08/03/2015 | Pass | 95 |
| C07 | Personal Finance | 09/22/2015 | Pass | 86 |
| C05 | Business Communication | 09/17/2015 | Pass | 87 |
| C06 | Business Ethics | 11/12/2018 | Pass | 84 |
| C08 | American Government | 11/19/2015 | Pass | 83 |
| A02 | Principles of Accounting I | 10/03/2018 | Pass | 76 |
| P03 | Torts | 10/07/2015 | Pass | 98 |
| P04 | Civil Litigation | 11/12/2015 | Pass | 86 |
| C04 | Introduction to Psychology | 01/21/2016 | Pass | 84 |
| C09 | Principles of Finance | 11/20/2018 | Pass | 85 |
| P05 | Criminal Law and Procedures | 12/15/2015 | Pass | 99 |
| P06 | Real Estate Law | 01/19/2016 | Pass | 93 |
| A03 | Principles of Accounting II | 12/31/2018 | Pass | 81 |
| C17 | College Mathematics | 02/19/2016 | Pass | 90 |
| C11 | Macroeconomics | 02/05/2019 | Pass | 78 |
| P07 | Law Office Management | 03/02/2016 | Pass | 95 |
| C10 | Introduction to Computers | 04/20/2016 | Pass | 78 |
| C13 | Microeconomics | 07/30/2019 | Pass | 84 |
| P08 | Family Law | 04/04/2016 | Pass | 95 |
| A04 | Intermediate Accounting I | 08/13/2019 | Pass | 81 |
| P09 | Legal Research and Writing | 04/14/2016 | Pass | 94 |
| A05 | Accounting Spreadsheet Fundamentals | 01/31/2019 | Pass | 82 |
| P10 | Wills, Trusts, and Estates | 05/26/2016 | Pass | 88 |
| A06 | Intermediate Accounting II | 09/04/2019 | Pass | 71 |
| C14 | Income Tax Fundamentals | 10/20/2016 | Pass | 73 |

**Legend:** A: 90-100 | B: 80-89 | C: 70-79 | D: 60-69 | F: Below: 60

# ATTACHMENT





### Individualized Needs Plan - Program Review   (Inmate Copy)
Dept. of Justice / Federal Bureau of Prisons

Plan is for inmate: SANCHEZ, LUIS  56930-054

SEQUENCE: 01211358
Team Date: 01-15-2021

| | | |
|---|---|---|
| Facility: | BMP BEAUMONT USP | Proj. Rel. Date: 12-01-2024 |
| Name: | SANCHEZ, LUIS | Proj. Rel. Mthd: GCT REL |
| Register No.: | 56930-054 | DNA Status: ALP01511 / 06-08-2011 |
| Age: | 44 | |
| Date of Birth: | 04-07-1976 | |

## Detainers

| Detaining Agency | Remarks |
|---|---|
| *NO DETAINER* | |

## Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| BMP | UNASSIGNED | UNASSIGNED | 02-26-2020 |

## Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| BMP | ESL HAS | ENGLISH PROFICIENT | 08-14-2009 |
| BMP | GED EN | ENROLL GED NON-PROMOTABLE | 02-11-2016 |
| BMP | GED SAT | GED PROGRESS SATISFACTORY | 11-16-2016 |

## Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| BMP | C | CDL,TUE&WED, 1830-2030 RPP 6 | 01-25-2020 | 03-31-2020 |
| POL | W | SP GED CLASSROOM 5 1400-1530 | 09-17-2019 | 12-26-2019 |
| POL | W | MON-FRI 12:30PM SPAN GED CLASS | 03-29-2019 | 09-17-2019 |
| POL | C | RPP 3: BASIC BANKING NEEDS | 01-01-2019 | 03-29-2019 |
| POL | C | CONSTITUTIONL LAW | 01-01-2019 | 03-29-2019 |
| TRV | W | SPANISH GED  12:30-2:00, M-F | 10-19-2017 | 08-15-2018 |
| TRV | C | CHALLENGE TO CHANGE ACE PROG. | 02-05-2018 | 03-31-2018 |
| TRV | C | BASIC MATH SKILLS - ACE | 02-05-2018 | 03-31-2018 |
| TRV | C | FILE CRITIQUE 1 - ACTION | 02-05-2018 | 03-31-2018 |
| TRV | C | SPANISH CDL ACE | 02-05-2018 | 03-31-2018 |
| TRV | C | ANTHROPOLOGY ACE CLASS | 11-20-2017 | 02-06-2018 |
| TRV | C | INFECT. DISEASE PREVENT(HN 1) | 09-26-2017 | 09-26-2017 |
| COM | C | STEP FORWARD | 03-31-2017 | 03-31-2017 |
| COP | W | ROOM 2 SGED 7:30 - 9:30AM M-F | 02-11-2016 | 12-27-2016 |
| COP | C | PHOTO CLASS | 03-28-2016 | 04-04-2016 |
| EST | C | INFECTIOUS DISEASE PREVT(HN#1) | 05-07-2015 | 05-07-2015 |
| EST | C | STRATEGIC PLANNING (PF#3) | 04-06-2015 | 05-06-2015 |
| BEN | C | ACE-16 HRS CDL CLASS-RPP#6 | 11-30-2013 | 03-13-2014 |
| BEN | C | EMPOWERING YOURSELF | 09-20-2013 | 12-10-2013 |
| BEN | C | ACE-PERSONAL MANAGEMENT-16 | 07-09-2013 | 09-19-2013 |
| BEN | C | BASIC CASE LAW MON 12:00 | 07-09-2013 | 09-19-2013 |
| BEN | C | SPAN PARENTING-TUES 1-2PM | 02-04-2013 | 05-28-2013 |
| BEN | C | ELECTRONIC LAW LIBRARY INTRO | 01-10-2013 | 02-06-2013 |
| BEN | C | RPP DISP OF PROPERTY(5) | 01-10-2013 | 01-10-2013 |
| MCK | W | SPAN GED CLASS 1,1000-1130,M-F | 03-20-2012 | 11-20-2012 |
| MCK | C | SETTG,INTENTIONS TH.12:30-3:00 | 12-12-2011 | 12-12-2011 |
| ALP | W | ENGLSH PROF CLSS M-F 1245-143 | 12-07-2009 | 06-16-2011 |
| ALP | C | CARDIOVAS CYCL.M/W/F 1830-1930 | 01-07-2010 | 03-26-2010 |
| ALP | W | ENGLSH PROF CLSS M-F 0930-1130 | 08-17-2009 | 12-01-2009 |
| ALP | C | BASIC ESL M-F 9:30-11:30 AM | 01-07-2008 | 08-17-2009 |
| ALP | C | COMMERCIAL DRIVER | 10-07-2008 | 01-06-2009 |
| ALP | C | PLYO/MEDICINE BALL SAT 0830 | 04-10-2008 | 06-30-2008 |

## Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|

** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS **

*(handwritten note:)* - For all intent and purpose programing stopped due Covid-19 in april of 2020. That is why the effect stop there.



**Individualized Needs Plan - Program Review    (Inmate Copy)**

Dept. of Justice / Federal Bureau of Prisons

Plan is for inmate: SANCHEZ, LUIS  56930-054

SEQUENCE: 01211358

Team Date: 01-15-2021

## Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 10-10-2007 |
| CARE1-MH | CARE1-MENTAL HEALTH | 09-24-2010 |

## Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| C19-T NEG | COVID-19 TEST-RESULTS NEGATIVE | 09-05-2020 |
| PAPER | LEGACY PAPER MEDICAL RECORD | 07-24-2019 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 10-04-2011 |
| YES F/S | CLEARED FOR FOOD SERVICE | 10-04-2018 |

## Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| ED DECL V | DRUG EDUCATION DECLINE-VOL | 01-22-2014 |
| NR WAIT | NRES DRUG TMT WAITING | 05-01-2019 |

## FRP Details

Most Recent Payment Plan

| FRP Assignment: | COMPLT    FINANC RESP-COMPLETED | Start: 11-11-2008 |
|---|---|---|
| Inmate Decision: **AGREED**    50% | | Frequency: **MONTHLY** |
| Payments past 6 months: **$0.00** | | Obligation Balance: **$0.00** |

### Financial Obligations

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $100.00 | $0.00 | IMMEDIATE | COMPLETEDZ |

** NO ADJUSTMENTS MADE IN LAST 6 MONTHS **

### Payment Details

Trust Fund Deposits - Past 6 months:  $1,070.00                    Payments commensurate ?   Y

New Payment Plan:        ** No data **

## Progress since last review

Due to Covid19, Education and Recreation Programs were suspended. Staff from Unit Team, Recreation, and Education were reassigned to work custody post. New goals will be established at inmate Sanchez' next program review.

## Next Program Review Goals

Due to Covid19, Education and Recreation Programs were suspended. Staff from Unit Team, Recreation, and Education were reassigned to work custody post. New goals will be established at inmate Sanchez' next program review.

## Long Term Goals

Due to Covid19, Education and Recreation Programs were suspended. Staff from Unit Team, Recreation, and Education were reassigned to work custody post. New goals will be established at inmate Sanchez' next program review.

## RRC/HC Placement

No.
Management decision - will review 17-19 months prior to release.

## Comments

BP-338 Next Update:  January 2022
Current Points:  24



**Individualized Needs Plan - Program Review   (Inmate Copy)**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: SANCHEZ, LUIS  56930-054

SEQUENCE: 01211358
Team Date: 01-15-2021

Name:  SANCHEZ, LUIS
Register No.:  56930-054
Age:  44
Date of Birth:  04-07-1976

DNA Status:  ALP01511 / 06-08-2011

_____
Inmate   (SANCHEZ, LUIS. Register No.: 56930-054)

_____
Date

_____    _____
Unit Manager / Chairperson             Case Manager

_____    _____
Date                                   Date

Ricky Denton # 51419-179
USP Beaumont.
P.a. Box 26035
Beaumont, Tx. 77720

Clerk of Court.
U.S. District Court
500 Pearl St. Rm 120
New York, NY 10007

Crim. 4R
D-CT