USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/07/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
LUIS SANCHEZ,

                Petitioner,    :    04-CR-36 (VEC)

   -against-

                                     ORDER

UNITED STATES OF AMERICA,

                Respondent.
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on November 4, 2022, Mr. Sanchez moved for compassionate release pursuant to 18 U.S.C. § 3582(c), Dkt. 304;

IT IS HEREBY ORDERED that the Government must respond to Mr. Sanchez's motion and file the last two years of Mr. Sanchez's medical records as well as his full prison disciplinary and education records by no later than **Monday, December 12, 2022**. The medical records must be filed under seal; the other records must be filed on ECF. In its response, the Government must inform the Court whether Mr. Sanchez has been fully vaccinated against COVID-19, including whether he has received all recommended booster shots.

IT IS FURTHER ORDERED that Mr. Sanchez may reply in further support of his motion on or before **Monday, January 16, 2023**.

**SO ORDERED.**

Date:  November 7, 2022
        New York, NY

                                               **VALERIE CAPRONI**
                                               **United States District Judge**